# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE MATERIAL WITNESSES       :      Case No.      U. S. DISTRICT COURT - DE
ROBERTO DAMASING, PAUL TUDOR, :
PASCUAL CONGE AND            :           MISC. CASE #    0 6 - 1 2 2
BRYAN ESPINA.                :

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of:

MICHAEL K. TWERSKY

to represent the petitioners in this matter.

Signed: _____
Richard M. Donaldson (ID #4367)
Noel C. Burnham (ID #3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7880

Date:   June 27, 2006      *Attorneys for Petitioners*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____      _____
                                         Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:    June 26, 2006          Signed: _____

Michael K. Twersky, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

## CERTIFICATE OF SERVICE

I hereby certify that, on June 27, 2006, I arranged for a copy of the foregoing

**Motion and Order for Admission Pro Hac Vice** to be served by facsimile and first-

class United States mail, postage prepaid upon the following individuals:

Mark Kotila, Esquire
United States Department of Justice
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, D.C. 20026-3985

Michael Chalos, Esquire
Fowler, Rodriguez & Chalos
366 Main Street
Port Washington, NY  11050

Carl Woodward, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein,
Five Becker Farm Road
Roseland, New Jersey 07068-1739

Bruce Pasfield, Esquire
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004-1404

Richard M. Donaldson

2