IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MATERIAL WITNESSES ) | |
| ROBERTO DAMASING, PAUL TUDOR, ) | Case No.: 06-122 |
| PASCUAL CONGE AND ) | |
| BRYAN ESPINA. ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that, on this date, the (1) June 29, 2005 Electronic Minute Entry regarding telephonic proceedings before Judge Gregory M. Sleet held on 6/28/2006 and (2) the Electronic Order granting admission *pro hac vice* to Michael K. Twersky were served electronically on the following parties:

Mark Kotila, Esquire
United States Department of Justice
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, D.C. 20026-3985

Michael Chalos, Esquire
Fowler, Rodriguez & Chalos
366 Main Street
Port Washington, NY  11050

Carl Woodward, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein,
Five Becker Farm Road
Roseland, New Jersey 07068-1739

Bruce Pasfield, Esquire
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004-1404

MONTGOMERY, McCRACKEN, WALKER &
RHOADS, LLP

By: /s/ *Richard M. Donaldson*
Richard M. Donaldson, Esquire (DE No. 4367)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

Dated: June 29, 2006

*Counsel for Petitioners Roberto Damasing,
Paul Tudor, Pascual Conge and Bryan Espina*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2006, I arranged for a copy of the foregoing Notice of Service to be served electronically upon the following individuals:

Mark Kotila, Esquire
United States Department of Justice
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, D.C. 20026-3985

Michael Chalos, Esquire
Fowler, Rodriguez & Chalos
366 Main Street
Port Washington, NY 11050

Carl Woodward, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein,
Five Becker Farm Road
Roseland, New Jersey 07068-1739

Bruce Pasfield, Esquire
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004-1404

*/s/ Richard M. Donaldson*
Richard M. Donaldson, Esquire (DE No. 4367)