MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

June 30, 2006

*Via CM/ECF Filing*
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

Re:     **Material Witnesses Roberto Damasing, Paul Tudor,
        Pascual Conge and Bryan Espina (Miscellaneous Matter), C.A. No. 06-122**

Dear Judge Sleet:

      Based on concerns raised by the Court and discussed among counsel, we are at this time requesting that the following filings be placed under seal:

(1)     Emergency Petition of Robert Damasing, Paul Tudor, Pascual Conge and Bryan Espina to Compel Their Immediate Release (D.I. 1);

(2)     Brief In Support of the Emergency Petition of Robert Damasing, Paul Tudor, Pascual Conge and Bryan Espina to Compel Their Immediate Release (D.I. 2);

(3)     Letter to Dr. Peter Dalleo dated 6/27/06 (D.I. 3); and

(4)     Transmittal Affidavit of Richard M. Donaldson In Support of Emergency Petition of Robert Damasing, Paul Tudor, Pascual Conge and Bryan Espina to Compel Their Immediate Release (D.I. 4).

      I am, of course, at the Court's disposal.

      Respectfully yours,

      */s/ R. Montgomery Donaldson*

      R. Montgomery Donaldson  (DE # 4367)

cc:     Dr. Peter T. Dalleo, Clerk (via cm/ecf filing)
        Mark Kotila, Esquire (via e-mail)
        Michael Chalos, Esquire (via e-mail)
        Carl Woodward, Esquire (via e-mail)
        Bruce Pasfield, Esquire (via e-mail)