IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE MATERIAL WITNESSES | ) | |
| ROBERTO DAMASING, PAUL TUDOR, | ) | Case No.: 06-122 |
| PASCUAL CONGE AND | ) | |
| BRYAN ESPINA. | ) | |

### ORDER TO UNSEAL DOCUMENTS OF RECORD

WHEREAS, by letter dated June 30, 2006, counsel for Petitioners in the above-captioned Miscellaneous Matter (the "Miscellaneous Matter") requested that certain pre-indictment filings of record be placed under seal, which request was granted by the Court on July 7, 2006;

WHEREAS, certain other documents, including the Stipulated Order (D.I. 8) submitted by the parties on June 30, 2006 and signed by the Court on July 7, 2006, also have been filed under seal;

WHEREAS, it appearing to the parties and to the Court that the current procedural posture of the underlying criminal proceedings (*U.S. v. Manolache*, 1:06-cr-00075-GMS and *U.S. v. Chian Spirit Maritime Enterprises, Inc., et al.*, 1:06-cr-00076-GMS, together the "underlying criminal proceedings") no longer requires that the filings in the Miscellaneous Matter be maintained under seal; and

WHEREAS, counsel for the Petitioners in the Miscellaneous Matter have advised the Court that neither counsel from the United States Attorney's Office nor counsel for the Defendants in the underlying criminal proceedings object to the documents being unsealed;

**IT IS HEREBY ORDERED** this __24th__ th day of July, 2006, that all documents of record in this Miscellaneous Matter currently under seal shall be and hereby are unsealed and made public.

                                                    _____
                                                    THE HONORABLE GREGORY M. SLEET
                                                    UNITED STATES DISTRICT JUDGE